THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:21-cv-201-D

| | | |
|---|---|---|
| RONNIE WALLACE LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CONCORD; VAN WALTER | ) | |
| ISENHOUR, in his Individual Capacity; | ) | |
| DAVID JOHN TAYLOR, in his Individual | ) | |
| Capacity; the Estate of GEORGE MONROE | ) | **MOTION TO DISMISS** |
| VOGLER, JR.; the Estate of MARSHALL | ) | **PLAINTIFF'S FIRST AMENDED** |
| JAMES LEE; the Estate of JACK MOORE; | ) | **COMPLAINT** |
| MERL HAMILTON, in his Official | ) | |
| Capacity; GUY SMITH, in his Official | ) | |
| Capacity; GARY GACEK, in his Official | ) | |
| Capacity; and JOHN and JANE DOES 1-10, | ) | |
| in their Individual Capacities; BARRY M. | ) | |
| LEA, in his individual capacity; the Estate of | ) | |
| HAYWOOD R. STARLING, in his | ) | |
| individual capacity; JOHN H. WATTERS, | ) | |
| in his individual capacity; and UNKNOWN | ) | |
| AGENTS OF THE STATE BUREAU OF | ) | |
| INVESTIGATION; | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES Defendant Barry M. Lea, (hereinafter "Lea") and Defendant John H.

Watters, (hereinafter "Watters") by and through undersigned counsel for the purpose of moving

to dismiss Plaintiff's First Amended Complaint [D.E. 24] pursuant to Rules 12(b)(1), (2), and (6)

of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction, lack of personal

jurisdiction and failure to state a claim upon which relief can be granted and move for the dismissal

of Plaintiff's First Amended Complaint for the reasons explained more fully in the memorandum

of law filed contemporaneously herewith.

Respectfully submitted this the  27th  day of September, 2021.

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/Bryan G. Nichols
Bryan G. Nichols
Assistant Attorney General
N.C. State Bar No. 42008
N.C. Department of Justice
Public Safety Section
9001 Mail Service Center
Raleigh, North Carolina 27699-9001
Telephone:  (919) 716-6568
Facsimile:  (919) 716-6761
E-Mail:  bnichols@ncdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that the date indicated above, I electronically filed the foregoing **MOTION**

**TO DISMISS** with the Clerk of the Court using the CM/ECF system, which will send notice of

such filing to the following registered CM/ECF users:

Coleman M. Cowan, Esq.
Hoyt G. Tessener, Esq.
Kaitlyn Elizabeth Fudge, Esq.
Christopher R. Bagley, Esq.
Law Offices of James Scott Farrin
280 S. Mangum Street, Suite 400
Durham, NC 27701
*Attorneys for Plaintiff*

G. Chris Olson, Esq.
Olson Law, PLLC
514 Daniels Street, #136
Raleigh, NC 27605
*Attorneys for Plaintiff*

Patrick H. Flanagan, Esq.

2

Cranfill Sumner & Hartzog LLP
2907 Providence Road, Suite 200
Charlotte, NC 28211
*Attorneys for Defendant Van W. Isenhour, David J. Taylor, Estate of*
*George Monroe Vogler Jr., Estate of Marshall James Lee, Estate of Jack*
*Moore, Merl Hamilton, Guy Smith, and Gary Gacek*


      This the 27th day of September, 2021.


                         /s/ Bryan G. Nichols
                         Bryan G. Nichols
                         Assistant Attorney General

3